IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLIN BRELAND | : | CIVIL ACTION |
| v. | : | |
| ATC VANCOM | : | NO. 02-4401 |

### O R D E R

AND NOW, this 12th day of December, 2002, it is ORDERED that plaintiff, Carolin Breland's undated letter to the Court will be treated as a notice of appeal.

THOMAS N. O'NEILL, JR.,    J.